# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-41309
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 18, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MIGUEL DE LA CRUZ-QUINTANA, also known as Miguel Villamil,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:14-CR-1005-1

Before JOLLY, GRAVES, and COSTA, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Miguel De La Cruz-Quintana raises an argument that is foreclosed by *United States v. Izaguirre-Flores*, 405 F.3d 270, 277-78 (5th Cir. 2005), which held that the North Carolina offense of taking indecent liberties with a child constituted "sexual abuse of a minor" and thus is a crime of violence for purposes of the 16-level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-41309

The motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.